FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 27 2019
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-936 WJ |
| vs. | ) 18 U.S.C. § 2113(a): Bank Robbery. |
| RICHARD JOHNS, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about February 19, 2019, in McKinley County, in the District of New Mexico, the defendant, **RICHARD JOHNS**, by force, violence, and intimidation, did take from the person and presence of another a sum of money belonging to and in the care, custody, control, management and possession of Washington Federal Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
March 19, 2019