United States District Court
for the

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 1 2019

MITCHELL R. ELFERS /mn
CLERK

United States of America )
v. )
Richard Johns Jr. )
_____ )
Defendant )

Case No. 19cr936 WJ
~~19mj 477~~

## Dismiss of Counsel

I, the defendant in this case believe in my best of knowledge and belief, that dismissing counsel at this time is crucial to further proceedings.

Date: April 08, 2019

_____
Defendants signature

SCDC
Richard Johns Jr #52094
1100 Montoya Rd.
Bernalillo N.M. 87004

LEGAL

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 11 2019

MITCHELL R. ELFERS
CLERK

87102-227259



ALBUQUERQUE NM 870
10 APR 2019 PM 3  FOREVER / USA
Barn Swallow

United States Federal
District Court Courthouse
333 Lomas Blvd N.W suite 270
Albuquerque, N.M. 87102