United States District Court
for the

United States of America )
v. ) Case No. 19 MJ 477
Richard Johns Jr. ) CR19-936 WJ
Defendant )

Motion to Dismiss Counsel

I Richard Johns Jr at this time would respectfully move to Dismiss My current public defender (counsel) Amanda Lavin; Due to being ineffective and lack of interest and time on behalf of my current ongoing case (#19MJ477). Thank you for your time.

Date: May 29, 2019       Defendant _____
                                  Richard Johns Jr.

Richard Johns Jr # 3781151
Cibola Corr. Ctr.
P.O. Box # 3540
Milan, N.M. 87021

LEGAL

87102-220795

Courthouse of
United States Federal District Court
333 Lomas Blvd. N.W. suite 770
Albuquerque, N.M. 87102