United States District Court
for the

United States of America )
v. )
Richard Johns )
Defendant )

Case No. CR 19-936-WJ

19 SEP 23 PM 1:55

## Dismiss Counsel

I understand I have a right to effective counsel. As of this day Sept. 15, 2019 I have had undue pressure and ineffective counsel from Martin Lopez III. I continue with this motion to Dismiss Martin Lopez III from my current case.

Date: Sept. 15, 2019

_Richard Johns_
Defendants Signature

Richard Johns #03781151
P.O. Box 3570
Milan N.M. 87021
Defendants Address

LeGAL

Richard Johns #03798-1151
P.O. Box # 3540
Milan, N.M. 87021

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 23 2019
MITCHELL R. ELFERS
CLERK

ALBUQUERQUE
NM 870
20 SEP '19
PM 2 L

United States District Court
District of New Mexico
office of the Clerk
Suite 270
333 Lomas Blvd N.W.
Albuquerque, N.M. 87102

