# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19-936 KWR | UNITED STATES vs. Johns | |
| Hearing Date: | 1/29/2020 | Time In: | 11:29 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | Rio Grande |
| Defendant: | Richard Johns | Defendant's Counsel: | Martin Lopez III |
| AUSA: | Sarah Mease | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain        ☐ Government does not recommend detention
- ☐ Set for         on         @

### Preliminary/Show Cause/Identity
- ☐ Defendant
- ☐ Court finds probable cause        ☐ Court does not find probable cause

### Detention
- ☐ Defendant waives Detention Hearing
- ☐

### Custody Status
- ☐ Defendant
- ☐ Conditions

### Other
- ☐ Matter referred to      for Final Revocation Hearing
- ☒ MOTION GRANTED; NEW ATTORNEY WILL BE APPOINTED; MR. LOPEZ TO SUBMIT ORDER FOR APPROVAL;